# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME: Margaret E. Jackson         CASE NO: 12-40062

FOR:
- [✓] DEBTOR
- [ ] JOINT DEBTOR
- [ ] CREDITOR
- [ ] ATTORNEY  ( Please include Bar ID Number _____ )
- [ ] PLAINTIFF
- [ ] DEFENDANT

**OLD ADDRESS:**

NAME: Margaret E. Jackson

ADDRESS: PO Box 1168

Rainier, WA 98576

PHONE: _____

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: Margaret E. Jackson

ADDRESS: 22329 Autumnwood Ct SE

Yelm, WA 98597

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Nathan Julius                    Date 11/10/15